RECEIVED
JAN 3 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH AUGUSTINE | CIVIL ACTION NO. 06-1422 |
| VS. | SECTION P |
| WARDEN WINN CORR. CENTER | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29 day of January, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 1/30/07
BY: CW
TO: RFD
CJ